UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1618 (JMR/SRN)

Paul Hawkinson Company )
)
v. ) ORDER
)
Tekonix Enterprises, Inc., et al. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: February 4th, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
FEB - 5 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS