ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Paul E. Hawkinson Company,

Plaintiff,

vs.

Civil No. 01-1618 JMR/SRN

Tekonix Enterprises, Inc. and
Arnold A. Weiss,

Defendants.

---

Tekonix Enterprises, Inc. and
Arnold A. Weiss,

Third-Party Plaintiffs,

vs.

David Range,

Third-Party Defendant.

---

Tekonix Enterprises, Inc. and
Arnold A. Weiss,

Counter-claimants,

vs.

Paul E. Hawkinson Company,

Counter-defendant.

---

**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT PAPERS AND ORDER**

FEB 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

The parties to this action, Plaintiff Paul E. Hawkinson Company, Defendants Tekonix Enterprises, Inc. and Arnold A. Weiss, and Third-Party Defendant, David Range, hereby move by stipulation for an extension of time, to February 25, 2002, to file settlement papers with the court relating to the dismissal of this action.

At a hearing on February 1, 2002, the parties agreed to the dismissal of their claims and counterclaims conditioned on specified terms that were entered into the Court record.

The Court thereafter issued an Order on February 4, 2002, dismissing the case with prejudice, and directing the parties to file settlement documents, if they so desired, by February 19, 2002. The parties desire to file settlement documents and have been working diligently on negotiating the form of the settlement papers, but have not yet been able to reach agreement as to all details of the language of the documents.

The parties therefore jointly move the Court to amend its February 4, 2002, Order to require that the parties file settlement documents with the Court by February 25, 2002, if they wish to file the settlement documents.

**MERCHANT & GOULD, P.C.**

Dated: February 19, 2002

By: ______________________

Matthew J. Goggin (#210,705)
Jeffer Ali (#247947)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone No. (612) 332-5300
Telefacsimile No. (612.332-9081

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT, PAUL E. HAWKINSON COMPANY AND THIRD-PARTY DEFENDANT, DAVID RANGE**

PATTERSON, THUENTE,
SKAAR & CHRISTENSEN, P.A.

Dated: February 19, 2002

By: Casey S. Kniser
James H. Patterson (#154428)
Casey Kniser (# 262,377)
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-5740
Facsimile: (612) 349-9266

ATTORNEYS FOR DEFENDANTS,
THIRD-PARTY PLAINTIFFS, AND
COUNTER-CLAIMANTS,
TEKONIX ENTERPRISES, INC. AND
ARNOLD A. WEISS

## ORDER

**IT IS HEREBY ORDERED:**

The foregoing stipulated motion of the parties is hereby granted, and the parties shall file settlement documents with the Court on or before February 25, 2002, if they wish to file settlement documents. The Court's Order, dated February 4, 2002, entered February 5, 2002, is hereby amended accordingly. No further extensions will be granted. JMR

Dated: February 22nd, 2002

James M. Rosenbaum
Chief United States District Judge